B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Michigan

In re   **Family Christian, LLC**                                                                 Case No.   **15-00643**
                              Debtor(s)                                                           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **B&H PUBLISHING GROUP ATTN: ACCOUNTS RECEIVABLE, MSN 127 NINTH AVE N NASHVILLE, TN 37234** | **B&H PUBLISHING GROUP ATTN: ACCOUNTS RECEIVABLE, MSN 127 NINTH AVE N NASHVILLE, TN 37234** | | **Unliquidated** | **516,414.02** |
| **BAKER BOOK HOUSE-CONSIGNMENT ATTN: BILL SHADY 6030 E FULTON ADA, MI 49301-6287** | **BAKER BOOK HOUSE-CONSIGNMENT ATTN: BILL SHADY 6030 E FULTON ADA, MI 49301-6287** | | **Unliquidated** | **445,073.94** |
| **BARBOUR PUBLISHING INC 10180 BARBOUR DR SE UHRICHSVILLE, OH 44683** | **BARBOUR PUBLISHING INC 10180 BARBOUR DR SE UHRICHSVILLE, OH 44683** | | **Unliquidated** | **572,002.30** |
| **CAPITOL CHRISTIAN DISTRIBUTION 101 WINNERS CIRCLE NORTH BRENTWOOD, TN 37027** | **CAPITOL CHRISTIAN DISTRIBUTION 101 WINNERS CIRCLE NORTH BRENTWOOD, TN 37027** | | **Unliquidated** | **3,614,286.32** |
| **CHRISTIAN ART GIFTS - CONSIGNM 359 LONGVIEW DR BLOOMINGDALE, IL 60108** | **CHRISTIAN ART GIFTS - CONSIGNM 359 LONGVIEW DR BLOOMINGDALE, IL 60108** | | **Unliquidated** | **789,649.53** |
| **DAYSPRING CARDS 21154 HWY 16 E SILOAM SPRINGS, AR 72761-5324** | **DAYSPRING CARDS 21154 HWY 16 E SILOAM SPRINGS, AR 72761-5324** | | **Unliquidated** | **2,004,259.68** |
| **DEMDACO 7500 W 160TH ST STILWELL, KS 66085** | **DEMDACO 7500 W 160TH ST STILWELL, KS 66085** | | **Unliquidated** | **937,928.53** |
| **DICKSONS 709 B AVE SEYMOUR, IN 47274** | **DICKSONS 709 B AVE SEYMOUR, IN 47274** | | **Unliquidated** | **1,035,510.02** |
| **FAITHWORDS 12 CADILLAC DRIVE SUITE 480 BRENTWOOD, TN 37027-5272** | **FAITHWORDS 12 CADILLAC DRIVE SUITE 480 BRENTWOOD, TN 37027-5272** | | **Unliquidated** | **537,374.69** |

B4 (Official Form 4) (12/07) - Cont.

In re **Family Christian, LLC**                                                                                   Case No.
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **GOOD NEWS/CROSSWAY BOOKS ATTN: BILL ANDERSON 1300 CRESCENT ST WHEATON, IL 60187** | **GOOD NEWS/CROSSWAY BOOKS ATTN: BILL ANDERSON 1300 CRESCENT ST WHEATON, IL 60187** | | **Unliquidated** | 573,657.78 |
| **HARPER COLLINS CHRISTIAN PUBLI 3900 SPARKS DR SE GRAND RAPIDS, MI 49546** | **HARPER COLLINS CHRISTIAN PUBLI 3900 SPARKS DR SE GRAND RAPIDS, MI 49546** | | **Unliquidated** | 7,537,073.57 |
| **HARVEST HOUSE PUBLISHERS 990 OWEN LOOP NORTH EUGENE, OR 97402-9173** | **HARVEST HOUSE PUBLISHERS 990 OWEN LOOP NORTH EUGENE, OR 97402-9173** | | **Unliquidated** | 456,902.17 |
| **KERUSSO INC - CONSIGNMENT 402 HWY 62 SPUR BERRYVILLE, AR 72616** | **KERUSSO INC - CONSIGNMENT 402 HWY 62 SPUR BERRYVILLE, AR 72616** | | **Unliquidated** | 422,875.92 |
| **PROVIDENT MUSIC DISTRIBUTION 741 COOL SPRINGS BLVD FRANKLIN, TN 37067** | **PROVIDENT MUSIC DISTRIBUTION 741 COOL SPRINGS BLVD FRANKLIN, TN 37067** | | **Unliquidated** | 2,166,416.33 |
| **PURE FLIX ENTERTAINMENT 15300 N 90TH ST STE 900 SCOTTSDALE, AZ 85260** | **PURE FLIX ENTERTAINMENT 15300 N 90TH ST STE 900 SCOTTSDALE, AZ 85260** | | | 341,192.61 |
| **SEND THE LIGHT ADVOCATE CHRISTIAN PRODUCTS 100 BIBLICA WAY ELIZABETHTON, TN 37643** | **SEND THE LIGHT ADVOCATE CHRISTIAN PRODUCTS 100 BIBLICA WAY ELIZABETHTON, TN 37643** | | **Unliquidated** | 418,696.52 |
| **SPRING ARBOR/INGRAM DISTRIBUTI ATTN: PRICILLA HOBBS 1 INGRAM BLVD LAVERGNE, TN 37086** | **SPRING ARBOR/INGRAM DISTRIBUTI ATTN: PRICILLA HOBBS 1 INGRAM BLVD LAVERGNE, TN 37086** | | **Unliquidated** | 689,533.86 |
| **TYNDALE HOUSE PUBLISHERS ATTN SHARON HEGGELAND 351 EXECUTIVE DR CAROL STREAM, IL 60188** | **TYNDALE HOUSE PUBLISHERS ATTN SHARON HEGGELAND 351 EXECUTIVE DR CAROL STREAM, IL 60188** | | **Unliquidated** | 1,716,136.04 |
| **WATERBROOK/RANDOM HOUSE 400 HAHN RD ATTN: KATHERINE HILL CUSTOMER SERVICE WESTMINSTER, MD 21157** | **WATERBROOK/RANDOM HOUSE 400 HAHN RD ATTN: KATHERINE HILL WESTMINSTER, MD 21157** | | **Unliquidated** | 458,538.86 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Family Christian, LLC**  
        Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **WORD ENTERTAINMENT ATTN: RICKY WIDMER 25 MUSIC SQUARE WEST NASHVILLE, TN 37203** | **WORD ENTERTAINMENT ATTN: RICKY WIDMER 25 MUSIC SQUARE WEST NASHVILLE, TN 37203** | | **Unliquidated** | **1,686,436.45** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 10, 2015**        Signature    /s/Chuck Bengochea  
                                                **Chuck Bengochea**  
                                                **President and CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.