## United States Bankruptcy Court
### Western District of Michigan

In re  **Family Christian, LLC**  
                                                                Debtor

Case No. __15-00643__

Chapter __11__

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FAMILY CHRISTIAN HOLDING LLC**<br>**5300 PATTERSON AVE SE**<br>**GRAND RAPIDS, MI 49530** | | **100** | **EQUITY** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __February 10, 2015__

Signature __/s/Chuck Bengochea__  
**Chuck Bengochea**  
**President and CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

__0__  continuation sheets attached to List of Equity Security Holders