UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **FAMILY CHRISTIAN, LLC** *et al.* [1] | **CASE NO. 15-00643-jtg** (Jointly Administered) |
| Debtors. / | **HON. JOHN T. GREGG** |

## NOTICE OF WITHDRAWAL OF DEBTORS' SALE MOTION

The above captioned debtors (the "**Debtors**") hereby withdraw the following motion (the "**Sale Motion**") filed on February 12, 2015: *Debtors' Motion for (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets and (B) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (C) Granting Related Relief* [Dkt. No. 30].

---

[1] The Debtors are: Family Christian, LLC (Case No. 15-00643-jtg), Family Christian Holding, LLC (Case No. 15-00642-swd), and FCS Giftco, LLC (Case No. 15-00644-swd).

Dated:  March 16, 2015

Respectfully submitted,

KELLER & ALMASSIAN, PLC

/s/  A. Todd Almassian
A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
230 East Fulton Street
Grand Rapids, MI 49503
(616) 364-2100
ecf@kalawgr.com

- and -

BURR & FORMAN LLP
Erich Durlacher (Ga Bar No. 235563)
Brad Baldwin (Ga Bar No. 034220)
171  17th Street, N.W. - Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:   (404) 817-3244
*Proposed Attorneys To The Debtors*