# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:  Family Christian, LLC, *et al.*,[1] <br><br> **Debtors.** <br><br> _____ / | Case No. 15-00643-jtg <br> Chapter 11 Filed: 02/11/15 <br> Honorable John T. Gregg <br> U.S. Bankruptcy Judge |

## SECOND ORDER EXTENDING CHALLENGE PERIOD

At a session of said Court of Bankruptcy held in Grand Rapids, Michigan.

PRESENT:   HONORABLE JOHN T. GREGG
                      United States Bankruptcy Judge

Pursuant to the Second Stipulation Extending Challenge Period filed by The Official Committee of Unsecured Creditors and FC Special Funding, LLC,

IT IS HEREBY ORDERED that the Challenge Period described in paragraph 15 of this Court's Final Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 [DN 593] as previously extended through May 22, 2015 by Order of this Court dated May 8, 2015 [DN 669] shall be further extended by an additional four (4) days through and including May 26, 2015.

### END OF ORDER

Prepared by:
John T. Piggins
Miller Johnson
PO Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

---

[1] The Debtors are:  Family Christian, LLC (Case No. 15-00643-jg); Family Christian Holding, LLC (Case No. 15 00642-jtg); and FCS Giftco, LLC (Case No. 15-00644-jtg).

**Signed: May 21, 2015**




John T. Gregg
United States Bankruptcy Judge