UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

**FAMILY CHRISTIAN, LLC** *et al.* [1]

Debtors.

/

CHAPTER 11

CASE NO. 15-00643-jtg
(Jointly Administered)

HON. JOHN T. GREGG

NOTICE OF AUCTION RESULTS AND
SELECTION OF SUCCESSFUL BID AND NEXT HIGHEST BID(S)

PLEASE TAKE NOTICE that, commencing on May 21, 2015, and concluding on May 27, 2015, the above-captioned debtors (collectively, the "**Debtors**"), conducted an auction (the "**Auction**") pursuant to "Bidding Procedures" previously approved by the Court[2] and in connection with the Debtors' pending sale motion.[3] Terms not otherwise defined herein have the same meanings given to them in the Bidding Procedures.

PLEASE TAKE FURTHER NOTICE that, upon the conclusion of the Auction, and after conferring with the Consultation Parties, the Debtors have determined that, subject to approval by the Court, (a) the bid received from FCS ACQUISITION, LLC is the best offer (the "**Successful Bid**"), and (b) the bid received from HILCO MERCHANT RESOURCES, LLC and

---

[1] The Debtors are: Family Christian, LLC(Case No. 15-00643-jtg), Family Christian Holding, LLC (Case No. 15-00642-jtg), and FCS Giftco, LLC (Case No. 15-00644-jtg).

[2] The Bidding Procedures were approved by, and are attached to, the Court's "Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, and (C) Granting Related Relief." [Dkt. No. 597] (the "Bidding Procedures Order").

[3] The sale motion is titled "Debtors' Motion for (I) an Order (A) Approving Bidding Procedures for the Proposed Sale of Substantially All of the Debtors' Assets and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving the Establishment of Cure Amounts, and (C) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Authorizing Procedures for the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens and (B) Authorizing the Assumption and Assignment of Executory Contracts and Leases, and (C) Granting Related Relief" [Dkt. No. 487],

24255888 v2

GORDON BROTHERS RETAIL PARTNERS, LLC is the next best offer (the "**1st Backup Bid**") and (c) the bid received from FC SPECIAL FUNDING, LLC is the second, next best offer (the "**2nd Backup Bid**").  As noted below, copies of the agreements or documentation pertaining to the bids are attached hereto as exhibits.

|  | **Name of Bidder** | **Attached Bid Contract** |
|---|---|---|
| **Successful Bidder** | FCS Acquisition, LLC | Exhibit A |
| **1st Backup Bid** | Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC | Exhibit B |
| **2d Backup Bid** | FC Special Funding, LLC | Exhibit C |

The attached bid contracts are still being reviewed by the Debtors to confirm they conform to the bids received at the Auction.  To the extent any changes to the documents are required, the Debtors will file such amended documents.

Dated:  May 27, 2015

　　　　　　　　　　　　　　　　 /s/   Brad Baldwin
Erich Durlacher (Ga. Bar No. 235563)
Brad Baldwin (Ga. Bar No. 034220)
*admitted pro hac vice*
BURR FORMAN LLP
171 17th Street, N.W. – Suite 1100
Atlanta, GA 30363
Telephone (404) 815-3000
bbaldwin@burr.com

-- *and* --
A. Todd Almassian (P55467)
Greg J. Ekdahl (P66768)
KELLER & ALMASSIAN
230 East Fulton Street
Grand Rapids, MI 49503
(616) 364-2100
ecf@kalawgr.com
*Attorneys to the Debtors*

24255888 v2