UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In re**<br><br>**FAMILY CHRISTIAN, LLC,** *et al.*,[1]<br><br>              **Debtors.** | **CHAPTER 11**<br><br>**Case No. 15-00643-jtg**<br>**(Jointly Administered)**<br><br>**Hon. John T. Gregg** |

**NOTICE OF FURTHER REVISED PROPOSED SALE ORDER OF
HILCO MERCHANT RESOURCES, LLC AND
GORDON BROTHERS RETAIL PARTNERS, LLC**

**PLEASE TAKE NOTICE** that, pursuant to the Order (A) Approving Bidding

Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and

Manner of Notice Thereof, and (C) Granting Related Relief (Docket No. 597), the contractual

joint venture of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, by

and through its undersigned counsel, hereby submits its further revised proposed Sale Order,

attached hereto as Exhibit A.


Dated:  June 9, 2015

                            Respectfully submitted,

                            PEPPER HAMILTON LLP

                            /s/ Kay Standridge Kress
                            Robert S. Hertzberg (P30261)
                            Deborah Kovsky-Apap (P68258)
                            Kay Standridge Kress (P39339)
                            400 Town Center, Suite 1800
                            Southfield, MI 48075
                            Telephone (248) 359-7333
                            Facsimile: (248) 359-7700
                            hertzbergr@pepperlaw.com
                            *Attorneys for contractual joint venture of*
                            *Hilco Merchant Resources, LLC and*
                            *Gordon Brothers Retail Partners, LLC*

---

[1] The Debtors are: Family Christian, LLC; Family Christian Holding, LLC; and FCS Giftco, LLC.

#34203596 v1

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In re**<br><br>**FAMILY CHRISTIAN, LLC,** *et al.,*<br><br>       **Debtors.** | **CHAPTER 11**<br><br>**Case No. 15-00643-jtg**<br>**(Jointly Administered)**<br><br>**Hon. John T. Gregg** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2015, the foregoing Notice was filed with the Clerk of the Court using the ECF system, which will send electronic copies of such filing to all ECF participants in this case.

Dated:  June 9, 2015

Respectfully submitted,

PEPPER HAMILTON LLP


/s/ Kay Standridge Kress
Robert S. Hertzberg (P30261)
Deborah Kovsky-Apap (P68258)
Kay Standridge Kress (P39339)
400 Town Center, Suite 1800
Southfield, MI 48075
Telephone (248) 359-7333
Facsimile: (248) 359-7700
hertzbergr@pepperlaw.com

*Attorneys for contractual joint venture of*
*Hilco Merchant Resources, LLC and*
*Gordon Brothers Retail Partners, LLC*

-2-

#34203596 v1