**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | CHAPTER 11 |
| **FAMILY CHRISTIAN, LLC** *et al.* [1] | CASE NO. 15-00643-jtg |
| | (Jointly Administered) |
| **Debtors.** | |
| _____ / | HON. JOHN T. GREGG |

**SUPPLEMENTAL DECLARATION OF STEPHENIE KJONTVEDT**
**ON BEHALF OF EPIQ BANKRUPTCY SOLUTIONS, LLC**
**REGARDING VOTING AND TABULATION OF BALLOTS ACCEPTING AND**
**REJECTING THE DEBTORS' THIRD AMENDED JOINT PLAN OF LIQUIDATION**

I, Stephenie Kjontvedt, declare, under penalty of perjury:

1. I am a Vice President, Senior Consultant at Epiq Bankruptcy Solutions, LLC ("Epiq") located at 777 Third Avenue, New York, New York 10017. I am over the age of 18 years and do not have a direct interest in these chapter 11 cases.

2. The *Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Debtors' Third Amended Joint Plan of Liquidation* was filed on August 10, 2015 (the "Initial Declaration") was filed on August 10, 2015 [Docket No. 1086]. This *Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Debtors' Third Amended Joint Plan of Liquidation* (the "Supplemental Declaration") incorporates the same information contained in the Initial Declaration as well as additional exhibits. I submit this Supplemental Declaration with respect to the *Debtors' Third Amended Joint Plan of Liquidation,* dated July 13, 2015 [Docket

---

[1] The Debtors are: Family Christian, LLC (Case No. 15-00643-jtg), Family Christian Holding, LLC (Case No. 15-00642-jtg), and FCS Giftco, LLC (Case No. 15-00644-jtg).

No. 991] (as may be amended or modified, the "Plan").[2] Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were so called to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the (a) *Order Authorizing Retention and Appointment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c) and Bankruptcy Rule 2002(f)*, filed April 7, 2015 [Docket No. 552]; and (b) *Order (I) Conditionally Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Disclosure Statement and Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Procedures and Deadlines Concerning Executory Contracts and Unexpired Leases, (V) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving and Tabulating Votes on the Plan, and (VI) Approving the Forms of Ballots, and Related Relief*, filed July 10, 2015 [Docket No. 988] (the "Procedures Order") Epiq was appointed to assist the Debtors in connection with, *inter alia,* soliciting, receiving, and tabulating Ballots accepting or rejecting the Plan.

4. Pursuant to the Plan only holders of Claims in the following classes (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan:

| Class | Description |
| --- | --- |
| Class 2 | Senior Lender Secured Claim |
| Class 3 | Term Lender Secured Claim |
| Class 4 | Consignment Claims |
| Class 7 | Unsecured Claims |

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Plan or the Procedures Order (as defined below).

2

5.      The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Procedures Order.  Epiq was instructed to solicit, review, determine the validity of, and tabulate Ballots submitted to vote for the acceptance or rejection of the Plan by the holders of Claims in the Voting Classes in accordance with the Procedures Order.

6.      As specified in the Procedures Order, July 10, 2015 was established as the record date for determining the Holders of Claims in the Voting Classes entitled to vote to on the Plan (the "Voting Record Date").

7.      In accordance with the Procedures Order, Epiq solicited the Holders of Claims in the Voting Classes as of the Voting Record Date and Epiq's *Affidavit of Service of Solicitation Materials* was filed with this Court on July 22, 2015 [Docket No. 1015].

8.      Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at its offices in Beaverton, Oregon.  All Ballots received by Epiq were date-stamped upon receipt and were processed in accordance with the Procedures Order.

9.      In order for a Ballot to be counted as valid and included in the tabulation of votes, the Ballot must have been properly completed in accordance with the instructions on Ballot and the Procedures Order and have been executed by the relevant holder or such holder's authorized representative, and must have been received by Epiq no later than 4:00 p.m. (prevailing Eastern Time) on August 7, 2015 (the "Voting Deadline").

10.     All validly executed Ballots cast by Holders of Claims in Voting Classes received by Epiq on or before the Voting Deadline were tabulated as outlined in the Procedures Order.  I declare that the results of the voting by Holders of Claims in the Voting Classes are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast

by timely and properly executed Ballots received by Epiq[3]. <u>Exhibit B</u> is has the detail of all counted ballots.[4]

11.  A report of all Ballots received by the Voting Deadline but not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as <u>Exhibit C</u> hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August _10_, 2015
       New York, New York

*/s/ Stephenie Kjontvedt*
Stephenie Kjontvedt
Vice President, Senior Consultant
Epiq Bankruptcy Solutions, LLC

---

[3] Exhibit A to the Supplemental Declaration is identical to Exhibit A to the Initial Declaration.
[4] The Debtors agreed to waive the requirement for receipt of an original Ballot and/or to extend the Voting Deadline past 4:00 p.m. on August 7, 2015 for several creditors. Exhibit B details which creditors had approval from the Debtors to waive the requirement.

4

# **Exhibit A**

# **EXHIBIT A**

**FAMILY CHRISTIAN, LLC *et al.***
Tabulation Summary

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | |
|---|---|---|---|---|
| | ACCEPT | | REJECT | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER |
| **Class 2** Senior Lender Secured Claim | $23,755,610.16 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** |
| **Class 3** Term Lender Secured Claim | $6,000,000.00 **100.00%** | 1 **100.00%** | $0.00 **0.00%** | 0 **0.00%** |
| **Class 4** Consignment Claims | $21,480,034.87 **99.94%** | 60 **96.77%** | $13,377.96 **0.06%** | 2 **3.23%** |
| **Class 7** Unsecured Claims | $56,709,899.88 **99.85%** | 101 **95.28%** | $83,657.11 **0.15%** | 5 **4.72%** |

# **Exhibit B**

**FAMILY CHRISTIAN, LLC *et al.***

<u>Exhibit B</u>

Class 2 - Ballot Detail

| Class | Class Description | Claim Name | Total Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number |
|---|---|---|---|---|---|
| 2 | Senior Lender Secured Claim | FC SPECIAL FUNDING, LLC | $23,755,610.16 | A | 148 |

**FAMILY CHRISTIAN, LLC *et al.***

<u>Exhibit B</u>

Class 3 - Ballot Detail

| Class | Class Description | Claim Name | Total Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number | Comments (See comments at end of page) |
|---|---|---|---|---|---|---|
| 3 | Term Loan Lender Secured Claim | FC SPECIAL FUNDING, LLC | $6,000,000.00 | A | 184 | 1 & 2 |

1. Original ballot was timely received for inconsistent amount.
2. Replacement ballot was received after the Voting Deadline, but an extension was granted pursuant to the Procedures Order.

2

## FAMILY CHRISTIAN, LLC *et al.*

Exhibit B

Class 4 - Ballot Detail

| Claim Number | Schedule Number | Class | Class Description | Claim Name | Total Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number | Payment Option 1 | Payment Option 2 | Comments (See comments at end of page) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 |  | 4 | Consignment Claims | ABINGDON PRESS | $27,891.86 | A | 155 |  | Y |  |
| 249 | 643000560 | 4 | Consignment Claims | ADVANTAGE BOOKS | $1.00 | R | 181 |  |  |  |
| 524 | 643000900 | 4 | Consignment Claims | AMERICAN BIBLE SOCIETY-CONSIGNMENT | $14,141.56 | A | 91 |  |  |  |
| 470 |  | 4 | Consignment Claims | AMG PUBLISHERS INC | $180,098.78 | A | 44 |  | Y |  |
| 395 |  | 4 | Consignment Claims | ANGELSTAR INSPIRED PRODUCTS INC. | $132,197.76 | A | 177 | Y |  | 4 |
| 487 |  | 4 | Consignment Claims | BAKER BOOK HOUSE COMPANY | $2,109,443.77 | A | 99 |  | Y |  |
| 602 |  | 4 | Consignment Claims | BARBOUR PUBLISHING, INC. | $1,476,755.76 | A | 173 |  | Y |  |
| 550 |  | 4 | Consignment Claims | BARDIN MARSEE PUBLISHING | $28,009.48 | A | 11 |  | Y |  |
| 322 | 643002830 | 4 | Consignment Claims | BRIDGE-LOGOS FOUNDATION INC | $10,796.14 | A | 169 | Y |  |  |
| 576 |  | 4 | Consignment Claims | BRIDGESTONE MULTIMEDIA GROUP | $721,739.16 | A | 159 |  | Y |  |
| 402 |  | 4 | Consignment Claims | BROWNLOW GIFTS | $250,309.64 | A | 102 | Y |  |  |
| 551 |  | 4 | Consignment Claims | CACTUS GAME DESIGN, INC. | $263,322.47 | A | 62 |  | Y |  |
| 574 |  | 4 | Consignment Claims | CAPITOL CHRISTIAN MUSIC GROUP INC. | $257,309.05 | A | 142 | Y |  |  |
| 485 | 643003560 | 4 | Consignment Claims | CASSCOM MEDIA | $80,746.67 | A | 163 | Y |  |  |
| 363 |  | 4 | Consignment Claims | CENTRAL SOUTH CONSIGNMENT | $129,073.14 | A | 137 |  | Y |  |
| 286 | 643003770 | 4 | Consignment Claims | CENTRAL SOUTH DISTRIBUTION | $1.00 | A | 138 | Y |  |  |
| 553 |  | 4 | Consignment Claims | CHARISMA MEDIA | $806,294.67 | A | 38 |  | Y |  |
| 554 |  | 4 | Consignment Claims | CHRISTIAN ART GIFTS | $1,912,907.71 | A | 8 | Y |  |  |
| 555 |  | 4 | Consignment Claims | CHRISTIAN BRANDS | $151,745.13 | A | 93 |  | Y |  |
| 295 | 643006570 | 4 | Consignment Claims | CLC PUBLICATIONS | $18,944.00 | A | 17 |  | Y |  |
| 288 | 643006760 | 4 | Consignment Claims | CNIC-CHRISTIAN NETWORK | $174,842.65 | A | 48 |  | Y |  |
| 478 |  | 4 | Consignment Claims | COOK, DAVID C. | $1,139,397.75 | A | 89 | Y |  |  |
| 36 |  | 4 | Consignment Claims | COTTAGE GARDEN | $179,523.41 | A | 3 |  | Y |  |
| 123 |  | 4 | Consignment Claims | DAYSPRING CARDS, INC. | $814,828.00 | A | 13 | Y |  |  |
| 611 | 643008980 | 4 | Consignment Claims | DESTINY IMAGE INC | $1.00 | A | 69 | Y |  |  |
| 606 |  | 4 | Consignment Claims | DEVELOPMENT SOLUTIONS GLOBAL, INC. | $229,540.16 | A | 151 |  | Y |  |
| 556 |  | 4 | Consignment Claims | EAGLES WINGS | $170,005.74 | A | 61 |  | Y |  |
| 491 |  | 4 | Consignment Claims | ENTERTAINMENT ONE US LP VENDOR # 62932 | $90,405.90 | A | 161 |  | Y |  |
| 303 | 643010160 | 4 | Consignment Claims | EXCLAIM ENTERTAINMENT LLC | $2,830.35 | A | 71 |  | Y |  |
| 557 |  | 4 | Consignment Claims | FOUNDATION PUBLICATIONS | $105,825.91 | A | 10 | Y |  |  |
| 327 | 643011170 | 4 | Consignment Claims | FUSEIC MUSIC | $1,515.00 | A | 76 | Y |  |  |
| 132 |  | 4 | Consignment Claims | G.T. LUSCOMBE CO., INC. | $159,762.07 | A | 136 |  | Y |  |
| 430 | 643011180 | 4 | Consignment Claims | G.T. LUSCOMBE CO., INC. - CONSIGNMENT | $159,746.00 | A | 135 |  | Y |  |
| 558 |  | 4 | Consignment Claims | GOBIBLE, LLC, THE | $113,000.79 | A | 26 |  | Y |  |
| 559 |  | 4 | Consignment Claims | HARRISON HOUSE, LLC | $163,376.57 | A | 31 |  | Y |  |
| 560 |  | 4 | Consignment Claims | HENDRICKSON PUBLISHING COMPANY | $865,777.51 | A | 68 | Y |  |  |
| 561 |  | 4 | Consignment Claims | INTERVARSITY PRESS | $171,475.91 | A | 34 | Y |  |  |
| 546 |  | 4 | Consignment Claims | KERUSSO ACTIVEWEAR, INC. | $1,058,089.85 | A | 112 |  | Y |  |
| 536 |  | 4 | Consignment Claims | KINGSTONE MEDIA GROUP, INC. | $127,408.38 | A | 95 |  | Y |  |
| 562 |  | 4 | Consignment Claims | KREGEL PUBLICATIONS | $701,552.80 | A | 182 |  | Y |  |
| 108 |  | 4 | Consignment Claims | LEGACY PUBLISHIN GROUP, INC | $107,521.81 | A | 41 |  |  |  |

## FAMILY CHRISTIAN, LLC *et al.*

Exhibit B

Class 4 - Ballot Detail

| Claim Number | Schedule Number | Class | Class Description | Claim Name | Total Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number | Payment Option 1 | Payment Option 2 | Comments (See comments at end of page) |
|---|---|---|---|---|---|---|---|---|---|---|
| 563 | | 4 | Consignment Claims | MY HEALTHY CHURCH | $117,684.98 | A | 158 | | Y | |
| 670 | 643017660 | 4 | Consignment Claims | NEST FAMILY LLC | $1.00 | A | 81 | | Y | |
| 406 | | 4 | Consignment Claims | NEW DAY CHRISTIAN | $916,991.28 | A | 178 | | Y | |
| 425 | 643017870 | 4 | Consignment Claims | NICOLE BRAYDEN | $35,552.31 | A | 97 | Y | | |
| 269 | 643017880 | 4 | Consignment Claims | NICOLE BRAYDEN GIFTS/DIVINITY BOUTIQUE | $35,559.31 | A | 50 | Y | | |
| 482 | | 4 | Consignment Claims | OASIS AUDIO LLC | $581,826.17 | A | 108 | Y | | |
| 571 | | 4 | Consignment Claims | PROVIDENT DISTRIBUTION LLC | $48,749.86 | A | 131 | Y | | |
| 564 | | 4 | Consignment Claims | PURE FLIX ENTERTAINMENT LLC | $1,203,073.63 | A | 82 | Y | | |
| 310 | 643020070 | 4 | Consignment Claims | RANDALL HOUSE PUBLICATIONS CONSIGN | $13,376.96 | R | 105 | | | |
| 566 | | 4 | Consignment Claims | ROSE PUBLISHING, INC. | $451,717.61 | A | 100 | Y | | |
| 83 | | 4 | Consignment Claims | SEND THE LIGHT - CONSIGN | $26,804.28 | A | 140 | Y | | |
| 601 | | 4 | Consignment Claims | SIMON & SCHUSTER, INC. | $759,676.90 | A | 80 | Y | | |
| 397 | | 4 | Consignment Claims | SWANSON CHRISTIAN PRODUCTS | $202,997.89 | A | 127 | Y | | |
| 603 | | 4 | Consignment Claims | TALICOR, INC. | $127,373.02 | A | 130 | | Y | |
| 318 | 643024120 | 4 | Consignment Claims | TOLLE LEGE PRESS | $4,540.96 | A | 35 | Y | | |
| 567 | | 4 | Consignment Claims | UNIVERSAL DESIGNS, INC. | $141,481.64 | A | 63 | Y | | |
| 568 | | 4 | Consignment Claims | VISION VIDEO, INC. | $401,493.65 | A | 55 | Y | | |
| 569 | | 4 | Consignment Claims | WEE BELIEVERS TOY CO., THE | $125,900.52 | A | 153 | | Y | |
| 126 | | 4 | Consignment Claims | WESLEYAN PUBLISHING HOUSE | $39,994.46 | A | 120 | Y | | |
| 570 | | 4 | Consignment Claims | WESSCOTT MARKETING, INC. | $134,770.21 | A | 1 | | Y | |
| 587 | | 4 | Consignment Claims | WORD ENTERTAINMENT LLC | $1,015,689.88 | A | 78 | | Y | |

1. Electronic Receipt: Ballot received via email or via facsimile.
2. Late Receipt: Ballot received after 4:00 p.m. on August 7, 2015.
3. Vote amount inconsistency: Creditor asserted a vote amount that was not supported by the Debtor's records. Ballot was tabulated in accordance with the Debtor's records and in accordance with the voting rules outlined in Procedures Order.
4. Vote amount inconsistency: Creditor asserted a vote amount that was not supported by the Debtor's records. Ballot was tabulated in accordance with the amount of the filed claim and in accordance with the voting rules outlined in Procedures Order.

**FAMILY CHRISTIAN, LLC** *et al.*
Exhibit B
Class 7 - Ballot Detail

| Claim Number | Schedule Number | Class | Class Description | Claim Name | Total Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number | Payment Option 1 | Payment Option 2 | Comments (See comments at end of page) |
|---|---|---|---|---|---|---|---|---|---|---|
| 459 | | 7 | Unsecured Claims | 98 SOUTH, LLC | $10,533.60 | A | 157 | | | |
| 324 | 643000240 | 7 | Unsecured Claims | ABBEY PRESS | $78,877.11 | A | 126 | | | |
| 395 | | 7 | Unsecured Claims | ANGELSTAR INSPIRED PRODUCTS INC. | $33,692.85 | A | 176 | | | |
| 432 | 643001230 | 7 | Unsecured Claims | ANNA GRIFFIN INC. | $4,610.00 | A | 118 | | | |
| 487 | | 7 | Unsecured Claims | BAKER BOOK HOUSE COMPANY | $449,353.69 | A | 66 | | | |
| 89 | | 7 | Unsecured Claims | BLESSED COMMUNION LLC | $29,465.00 | A | 109 | | | |
| 429 | 643002620 | 7 | Unsecured Claims | BOB SIEMON DESIGNS | $17,491.23 | A | 18 | | | |
| 265 | 643002670 | 7 | Unsecured Claims | BOOKMARK TRENZ | $10,607.70 | A | 33 | | | |
| 495 | | 7 | Unsecured Claims | BRILLIANCE PUBLISHING, INC. | $125,638.97 | A | 117 | | | |
| 159 | | 7 | Unsecured Claims | BRISTOL GIFT CO., INC. | $5,682.11 | A | 51 | | | |
| 484 | 643003270 | 7 | Unsecured Claims | CANNING HUNGER, INC | $9,600.00 | A | 16 | | | |
| 574 | | 7 | Unsecured Claims | CAPITOL CHRISTIAN MUSIC GROUP INC. | $3,370,617.49 | A | 143 | | | |
| 400 | | 7 | Unsecured Claims | CARPENTREE, INC. | $244,355.85 | A | 171 | | | |
| 362 | 643003490 | 7 | Unsecured Claims | CARSON HOME ACCENTS | $45,319.65 | A | 110 | | | |
| 554 | | 7 | Unsecured Claims | CHRISTIAN ART GIFTS | $866,326.09 | A | 9 | | | |
| 555 | | 7 | Unsecured Claims | CHRISTIAN BRANDS | $120,923.77 | A | 92 | | | |
| 180 | | 7 | Unsecured Claims | CHRISTIAN NETWORK INTERNATIONAL, INC. | $44,875.69 | A | 43 | | | |
| 262 | | 7 | Unsecured Claims | COLORADO SPRINGS UTILITIES | $1,989.71 | R | 167 | | | |
| 33 | | 7 | Unsecured Claims | COMPLETE PRODUCT RESOURCES, INC. | $34,657.05 | A | 124 | | | |
| 103 | | 7 | Unsecured Claims | CONCORDIA PUBLISHING HOUSE | $63,386.71 | A | 39 | | | |
| 478 | | 7 | Unsecured Claims | COOK, DAVID C. | $90,992.97 | A | 87 | | | |
| 35 | | 7 | Unsecured Claims | COTTAGE GARDEN | $10,552.80 | A | 4 | | | |
| 121 | | 7 | Unsecured Claims | CRITICAL PATH MANAGEMENT, LLC | $2,020.14 | A | 168 | | | |
| 364 | 643008030 | 7 | Unsecured Claims | CROWN OF THORNS | $43,173.00 | A | 164 | | | 1 |
| 508 & 509 | | 7 | Unsecured Claims | CTW-SUPERSTITION GATEWAY WEST, LLC | $227,295.98 | A | 185 | | | 1 & 2 |
| 51 | | 7 | Unsecured Claims | DAKE PUBLISHING, INC. | $24,675.50 | A | 101 | | | |
| 123 | | 7 | Unsecured Claims | DAYSPRING CARDS, INC. | $1,710,393.65 | A | 14 | | | |
| 373 | 643008770 | 7 | Unsecured Claims | DEMDACO | $914,009.23 | A | 56 | | | 4 |
| 63 | | 7 | Unsecured Claims | DIANE AND DAVID MUNSON, AUTHORS | $827.08 | R | 146 | | | |
| 404 | | 7 | Unsecured Claims | DICKSONS INC. | $1,100,553.93 | A | 170 | | | |
| 90 | | 7 | Unsecured Claims | DIGITAL SERVICES, INC DBA DVS | $2,648.80 | A | 47 | | | |
| 594 | | 7 | Unsecured Claims | E BESLER & CO | $4,947.34 | A | 6 | | | |
| 556 | | 7 | Unsecured Claims | EAGLES WINGS | $16,873.76 | A | 60 | | | |
| 609 | | 7 | Unsecured Claims | EL PASO ELECTRIC COMPANY | $714.38 | A | 107 | | | |
| 105 & 490 | | 7 | Unsecured Claims | ENTERTAINMENT ONE US LP VENDOR # 61742 | $308,096.59 | A | 162 | | | |
| 680 | | 7 | Unsecured Claims | ETERNAL PICTURES INC | $535.64 | A | 24 | | | |
| 244 | | 7 | Unsecured Claims | EVERY GOOD GIFT, INC | $56,604.68 | A | 67 | | | |
| 595 | | 7 | Unsecured Claims | F.A.F. INVESTMENT COMPANY | $10,446.62 | A | 49 | | | |
| 655 | | 7 | Unsecured Claims | FACILITYSOURCE LLC | $139,232.92 | A | 98 | | | |
| | | 7 | Unsecured Claims | FC SPECIAL FUNDING, LLC | $28,200,000.00 | A | 150 | | | 3 |
| 374 | 643010840 | 7 | Unsecured Claims | FOREMOST COMMUNICATIONS | $12,765.00 | A | 75 | | | |
| 92 | | 7 | Unsecured Claims | GENESIS MARKETING GROUP | $155,717.91 | A | 147 | | | |
| 488 | | 7 | Unsecured Claims | GEORGIA NATURAL GAS | $847.72 | A | 165 | | | |

5

## FAMILY CHRISTIAN, LLC *et al.*
Exhibit B
Class 7 - Ballot Detail

| Claim Number | Schedule Number | Class | Class Description | Claim Name | Total Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number | Payment Option 1 | Payment Option 2 | Comments (See comments at end of page) |
|---|---|---|---|---|---|---|---|---|---|---|
| 678 | | 7 | Unsecured Claims | GEUS/CITY OF GREENVILLE | $1,108.22 | R | 20 | | | |
| 267 | 643011920 | 7 | Unsecured Claims | GREENE COUNTY SANITARY ENGINEERING DEPT | $397.22 | A | 27 | | | |
| 203 | 643012030 | 7 | Unsecured Claims | GROUP PUBLISHING, INC. | $156,513.31 | A | 175 | | | |
| 531 | | 7 | Unsecured Claims | HACHETTE BOOK GROUP, INC. | $542,358.18 | A | 125 | | | |
| 302 | | 7 | Unsecured Claims | HARPERCOLLINS PUBLISHERS LLC | $6,358,837.64 | A | 183 | | | |
| 396 | | 7 | Unsecured Claims | HARVEST HOUSE PUBLISHERS | $418,961.02 | A | 156 | | | |
| 202 | 643012470 | 7 | Unsecured Claims | HERMAN PEARL COMPANY | $67,158.86 | A | 12 | | | 4 |
| 241 | 643012720 | 7 | Unsecured Claims | HOWARD IMPRINTING COMPANY | $14,968.87 | A | 53 | | | |
| 242 | 643012730 | 7 | Unsecured Claims | HOWARD IMPRINTING MACHINE COMPANY | $15,211.75 | A | 54 | | | |
| 444 | 643013060 | 7 | Unsecured Claims | ILLUMETEK CORP | $75,386.10 | R | 90 | | | |
| 323 | 643013080 | 7 | Unsecured Claims | IMAGINE DESIGN INC | $30,351.75 | A | 45 | | | |
| 157 & 427 | | 7 | Unsecured Claims | INCORPORATED TRUSTEES OF THE GOSPEL | $165,308.15 | A | 83 | | | |
| 174 | | 7 | Unsecured Claims | INTERNATIONAL GREETINGS USA | $14,799.04 | A | 119 | | | |
| 166 | | 7 | Unsecured Claims | JACKSON EMC | $1,445.30 | A | 52 | | | |
| 412 | | 7 | Unsecured Claims | JACKSON/SPALDING, INC. | $46,542.75 | A | 7 | | | |
| 290 | 643014110 | 7 | Unsecured Claims | JMH DEVELOPMENT LLC | $129,150.00 | A | 123 | | | |
| 237 | 643014640 | 7 | Unsecured Claims | KENT RECORD MANAGEMENT INC | $1.00 | A | 2 | | | 4 |
| 545 | | 7 | Unsecured Claims | KERUSSO ACTIVEWEAR, INC. | $74,125.03 | A | 113 | | | |
| 666 | | 7 | Unsecured Claims | KL PLAZA LLC | $1,847.80 | A | 57 | | | |
| 511 | 643014900 | 7 | Unsecured Claims | KNIGHT TRANSFER SERVICES INC | $695.10 | A | 86 | | | |
| 169 | | 7 | Unsecured Claims | KOLEYS, INC. | $234.00 | A | 42 | | | |
| 287 | 643015150 | 7 | Unsecured Claims | LAKES PRINT | $938.81 | A | 32 | | | |
| 573 | | 7 | Unsecured Claims | LIFEWAY CHRISTIAN RESOURCES | $971,796.92 | A | 21 | | | |
| 510 | 643015630 | 7 | Unsecured Claims | LILLIAN ROSE | $63.84 | A | 122 | | | |
| 107 | | 7 | Unsecured Claims | LUCID ARTIST MANAGEMENT | $18,600.00 | A | 121 | | | |
| 537 | 643016010 | 7 | Unsecured Claims | MAD STYLE | $10,579.20 | A | 160 | | | |
| 483 | 643016220 | 7 | Unsecured Claims | MARGARET CAMPBELL TRUST | $13,300.00 | A | 114 | | | |
| 590 | 643017210 | 7 | Unsecured Claims | MONTGOMERY WATER WORKS | $34.20 | A | 166 | | | |
| 467 | | 7 | Unsecured Claims | MOODY PUBLISHERS | $122,013.26 | A | 152 | | | |
| 118 | | 7 | Unsecured Claims | MULTI-LANGUAGE MEDIA INC | $436.91 | A | 104 | | | |
| 406 | | 7 | Unsecured Claims | NEW DAY CHRISTIAN | $233,474.80 | A | 179 | | | |
| 665 | 643017790 | 7 | Unsecured Claims | NEW TRENDS ENTERPRISES LLC | $4,346.00 | R | 116 | | | |
| 572 | 643017920 | 7 | Unsecured Claims | NORRIS BOOK BINDING | $25,992.39 | A | 111 | | | |
| 530 | | 7 | Unsecured Claims | NOTW HOLDING, LLC | $66,059.52 | A | 139 | | | |
| 405 | | 7 | Unsecured Claims | P. GRAHAM DUNN, INC. | $314,549.68 | A | 180 | | | |
| 250 & 263 | | 7 | Unsecured Claims | PAVILION GIFT COMPANY | $220,402.56 | A | 22 | | | |
| 309 | 643019050 | 7 | Unsecured Claims | PERFECT TIMING INC | $707.30 | A | 73 | | | |
| 226 | | 7 | Unsecured Claims | PERSEUS DISTRIBUTION | $14,991.09 | A | 174 | | | |
| 238 | 643019490 | 7 | Unsecured Claims | PRESCOTT VALLEY CENTER LLC | $5,149.54 | A | 28 | | | |
| 571 | | 7 | Unsecured Claims | PROVIDENT DISTRIBUTION LLC | $2,179,869.42 | A | 132 | | | |
| 34 & 446 | | 7 | Unsecured Claims | ROMAN INC | $268,767.37 | A | 5 | | | |
| 197 | | 7 | Unsecured Claims | ROSENTHAL & ROSENTHAL, INC. | $6,954.00 | A | 40 | | | |

**FAMILY CHRISTIAN, LLC** *et al.*
Exhibit B
Class 7 - Ballot Detail

| Claim Number | Schedule Number | Class | Class Description | Claim Name | Total Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number | Payment Option 1 | Payment Option 2 | Comments (See comments at end of page) |
|---|---|---|---|---|---|---|---|---|---|---|
| 117 | | 7 | Unsecured Claims | SAMS FISCHER, LLC | $1,037.00 | A | 25 | | | |
| 372 | | 7 | Unsecured Claims | SCRIPTURE CANDY | $6,141.63 | A | 134 | | | |
| 82 | | 7 | Unsecured Claims | SEND THE LIGHT | $475,286.12 | A | 141 | | | |
| 142 | | 7 | Unsecured Claims | SOUTHWEST GAS CORPORATION | $473.01 | A | 84 | | | |
| 527 | 643022320 | 7 | Unsecured Claims | SPC CONSULTING ENTERPRISES LLC | $41,869.19 | A | 106 | | | |
| 407 | | 7 | Unsecured Claims | SPRING ARBOR DISTRIBUTORS | $495,472.15 | A | 103 | | | |
| 481 | 643023000 | 7 | Unsecured Claims | STUART ROSE BEAVERCREEK, INC. | $4,476.85 | A | 129 | | | |
| 397 | | 7 | Unsecured Claims | SWANSON CHRISTIAN PRODUCTS | $18,691.02 | A | 128 | | | |
| 58 | | 7 | Unsecured Claims | T NORTHGATE MALL, LLC | $42,860.97 | A | 23 | | | |
| 273 | 643023300 | 7 | Unsecured Claims | TAILWIND VOICE & DATA | $6,755.07 | A | 85 | | | |
| 7 | | 7 | Unsecured Claims | TIME PAYMENT CORP | $639.20 | A | 19 | | | |
| 156 | | 7 | Unsecured Claims | TRAUB, ROCHELLE | $10,150.00 | A | 64 | | | |
| 380 | 643024760 | 7 | Unsecured Claims | TWO'S COMPANY INC. | $37,583.76 | A | 36 | | | |
| 411 | | 7 | Unsecured Claims | TYNDALE HOUSE PUBLISHERS, INC. | $1,717,099.93 | A | 29 | | | |
| 461 | 643024940 | 7 | Unsecured Claims | UNS GAS INC | $191.28 | A | 15 | | | |
| 292 | 643025710 | 7 | Unsecured Claims | WARNER PRESS, INC | $86,589.75 | A | 94 | | | |
| 268 | 643026030 | 7 | Unsecured Claims | WEST MICHIGAN TAG & LABEL | $3,500.00 | A | 74 | | | |
| 426 | 643026150 | 7 | Unsecured Claims | WHITE DOVE DESIGNS-CPR | $34,657.05 | A | 70 | | | |
| 587 | | 7 | Unsecured Claims | WORD ENTERTAINMENT LLC | $2,611,357.50 | A | 79 | | | |
| 608 | | 7 | Unsecured Claims | WORLD VISION USA | $1.00 | A | 154 | | | |
| 217 | | 7 | Unsecured Claims | ZORBITZ INC | $2,366.70 | A | 72 | | | |

1. Electronic Receipt:  Ballot received via email or via facsimile.
2. Late Receipt:  Ballot received after 4:00 p.m. on August 7, 2015.
3. Vote amount inconsistency:  Creditor asserted a vote amount that was not supported by the Debtor's records.  Ballot was tabulated in accordance with the Debtor's records and in accordance with the voting rules outlined in Procedures Order.
4. Vote amount inconsistency:  Creditor asserted a vote amount that was not supported by the Debtor's records.  Ballot was tabulated in accordance with the amount of the filed claim and in accordance with the voting rules outlined in Procedures Order.

# Exhibit C

**FAMILY CHRISTIAN, LLC** *et al.*

<u>Exhibit C</u>
Excluded Ballots

| Claim Number | Schedule Number | Plan Class | Plan Class Description | Claim Name | Voting Amount | Vote (A)ccept/ (R)eject | Ballot Number | Reason for Exclustion |
|---|---|---|---|---|---|---|---|---|
| | | 3 | Term Loan Lender Secured Claim | FC SPECIAL FUNDING, LLC | $34,200,000.00 | A | 149 | SUPERSEDED BY LATER FILED BALLOT |
| 487 | | 4 | Consignment Claims | BAKER BOOK HOUSE COMPANY | $2,109,443.77 | A | 65 | SUPERSEDED BY LATER FILED BALLOT |
| 317  616 | 643012550 | 4 | Consignment Claims | HIS KIDS PUBLISHING, INC | $907.20 | | 37 | NO VOTE INDICATED |
| 126 | | 4 | Consignment Claims | WESLEYAN PUBLISHING HOUSE | $39,994.46 | | 30 | NO VOTE INDICATED |
| 587 | | 4 | Consignment Claims | WORD ENTERTAINMENT LLC | $1,015,689.88 | A | 58 | NON ORIGINAL SIGNATURE - A VALID BALLOT WAS ALSO FILED |
| | 643007770 | 7 | Unsecured Claims | COVINGTON LAKELAND ACQUISITION 1, LLC | $92.60 | A | 133 | NOT ENTTLED TO VOTE:  DOES NOT HOLD A CLAIM IN THIS CLASS |
| 364 | 643008030 | 7 | Unsecured Claims | CROWN OF THORNS | $43,173.00 | R | 88 | SUPERSEDED BY LATER FILED BALLOT |
| 244 | | 7 | Unsecured Claims | EVERY GOOD GIFT, INC | $56,604.68 | A | 77 | NON ORIGINAL SIGNATURE - A VALID BALLOT WAS ALSO FILED |
| 96 | | 7 | Unsecured Claims | GILSON GRAPHICS, INC | $36,228.72 | | 96 | NO VOTE INDICATED |
| 615 | 643012190 | 7 | Unsecured Claims | HABITEC SECURITY | $126.95 | | 145 | NO VOTE INDICATED |
| 537 | 643016010 | 7 | Unsecured Claims | MAD STYLE | $10,579.20 | R | 46 | SUPERSEDED BY LATER FILED BALLOT |
| 537 | 643016010 | 7 | Unsecured Claims | MAD STYLE | $10,579.20 | A | 144 | NON ORIGINAL SIGNATURE - A VALID BALLOT WAS ALSO FILED |
| 658 | 643016370 | 7 | Unsecured Claims | MARY MEYER CORP | $68,344.80 | | 115 | NO VOTE INDICATED |
| | 643022550 | 7 | Unsecured Claims | STANDARD PUBLISHING CO | $250,672.24 | A | 172 | NOT ENTTLED TO VOTE:  DOES NOT HOLD A CLAIM IN THIS CLASS |
| 587 | | 7 | Unsecured Claims | WORD ENTERTAINMENT LLC | $2,611,357.50 | A | 59 | NON ORIGINAL SIGNATURE - A VALID BALLOT WAS ALSO FILED |