# TRANSMITTAL OF FINANCIAL REPORTS AND
# CERTIFICATION OF COMPLIANCE WITH
# UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
## FOR THE PERIOD ENDED: July 2016

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO.: 15-00643 |
| | | Chapter 11 |
| | | Judge: Hon. John T. Gregg |
| FKA FC, LLC | : | |
| **Debtor** | | |
| | : | |

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| x | Operating Statement | (Form 2) |
| x | Balance Sheet | (Form 3) |
| x | Summary of Operations | (Form 4) |
| x | Monthly Cash Statement | (Form 5) |
| n/a | Statement of Compensation | (Form 6) |
| n/a | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)    **YES**          **NO___x___**

Note: No employees, assets or location exists as of 8/31/15

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)    **YES__x__**    **NO_____**

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
(If not, attach a written explanation)    **YES__x__**    **NO_____**

5. All United States Trustee Quarterly fees have been paid and are current.
        **YES__x__**    **NO_____**

6. Have you filed your prepetition tax returns.
(If not, attach a written explanation)    **YES__x__**    **NO_____**

Note: We are current in the filing of all tax returns.

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated:    7/25/16    **Gary Murphey**

                    **Plan Administrator**    **404-886-9104**
                    Title    Phone

## Form 2 - Operating Statement (000's)

Debtor:    FKA FC, LLC                                          Case No:   15-00643

Month Ending:   July 2016

|  | Current Month July 2016 | Since Filing |
|---|---:|---:|
| Net Sales | - | 79,543 |
| Total Cost of Goods Sold | - | 47,212 |
| Gross Profit | - | 32,331 |
|  |  |  |
| Selling Expenses |  |  |
|   Payroll | - | 17,005 |
|   Occupancy | - | 15,962 |
|   Info Systems | - | 386 |
|   Other | - | 2,017 |
| Advertising | - | 2,956 |
| Other Programs | - | (2,915) |
| General & Administrative |  |  |
|   Payroll | - | 3,474 |
|   Occupancy | - | 368 |
|   Info Systems | - | 186 |
|   Other | - | 274 |
| Store Opening | - | 285 |
|  | - | - |
| Total Expenses | - | 39,997 |
|  |  |  |
| EBITDA | - | (7,666) |
|  |  |  |
| Depreciation | - | 2,965 |
| Amortization | - | 595 |
| Interest Expense | - | 2,661 |
|  |  | - |
| Operating Income/(Loss) | - | (13,887) |
|  |  |  |
| Non-Operating Professional Fees | - | 2,721 |
| Non-Operating Loss | - | - |
|  |  |  |
| Net Income/(Loss) | - | (16,608) |

**Form 3 - Balance Sheet (000's)**

Debtor: __FKA FC, LLC__                                              Case No: __15-00643__

Month Ending: July 2016

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash | - | 99 | 3,979 |
| Net Receivables | | | 1,309 |
| Inventory | | | 44,524 |
| Prepaids | | | 3,201 |
| Fixed Assets | | | 31,825 |
| Accumulated Depreciation | | | (13,651) |
| Security Deposits | | | 471 |
| Intercompany Receivable | | | 1,280 |
| Deferred Financing Costs | | | 3,215 |
| Accumulated Amortization | | | (1,500) |
| Intangibles | | | 53,721 |
| Accumulated Amortization | | | (24,268) |
| **TOTAL ASSETS:** | - | 99 | 104,106 |
| | | | |
| **LIABILITIES:** | | | |
| Postpetition Liabilities: | | | |
|   Accounts Payable | | | - |
|   Postpetition Consignment Sales | | | - |
|   Other Current Liabilities | | | - |
|   Other Non-Current Liabilities | | | - |
| TOTAL Postpetition Liabilities: | - | - | - |
| | | | |
| Prepetition Liabilities: | | | |
|   Secured Liabilities | | | 57,472 |
|   Priority Liabilities | | | 3,623 |
|   Unsecured Liabilities | - | 100 | 43,331 |
|   Other | | | 5,613 |
| Total Prepetition Liabilities | - | 100 | 110,039 |
| **TOTAL LIABILITIES** | - | 100 | 110,039 |
| **EQUITY:** | | | |
| Owners' Capital | | 24,988 | 24,988 |
| Retained Earnings - Prepetition | | (30,921) | (30,921) |
| Retained Earnings - Postpetition | | 5,933 | - |
| Retained Earnings - Forgiveness of Debt | | | |
| **TOTAL EQUITY** | - | - | (5,933) |
| **TOTAL LIABILITIES AND EQUITY** | - | 100 | 104,106 |

## Form 4 - Schedule of Postpetition Taxes Payable

Debtor: __FKA FC, LLC__

Month Ended: July 2016

Case No: 15-00643

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | - | | | - |
| State: | - | | | - |
| Local: | - | | | - |
| | - | | | |
| **FICA Withheld:** | - | | | - |
| **Employers FICA:** | - | | | - |
| **Unemployment Tax:** | | | | |
| Federal: | - | | | - |
| State: | - | | | - |
| **Sales, Use & Excise Taxes:** | - | | | - |
| **Property Taxes:** | | | | |
| Personal Property | - | | | - |
| Real Property | - | | | - |
| **Workers' Compensation** | - | | | - |
| **Other:** | | | | |
| Franchise Taxes | - | | | - |
| **TOTALS:** | - | - | - | - |

### AGING OF ACCOUNTS RECEIVABLE
### AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Post Petition Accounts Payable | - | - | - |
| Post Petition Consignment Payable | - | - | - |
| | - | - | - |
| Accounts Receivable | - | - | - |

**MONTHLY CASH STATEMENT**
Period Ending     July 2016

**Summary Reconciliation**                                                                 Case No:    15-00643

|    |                                              | Home Office    | Stores | Credit Card | Total       |
|----|----------------------------------------------|---------------:|-------:|------------:|------------:|
| A. | Beginning GL Balance                         | $ 99,477.13    | $   -  | $   -       | $ 99,477.13 |
| B. | Receipts                                     |                | $   -  | $   -       | $   -       |
| C. | Transfers In (note 1) (from other accounts)  | $    522.87    | $   -  | $   -       | $   -       |
| D. | Balance Available (A + B + C)                | $ 100,000.00   | $   -  | $   -       | $ 100,000.00|
| E. | Less Disbursements (Attach separate schedule)| $ 100,000.00   | $   -  | $   -       | $ 100,000.00|
| F. | Transfers Out (to other accounts)            | $   -          | $   -  | $   -       | $   -       |
| G. | Transfer at Sale                             | $   -          |        | $   -       | $   -       |
| H. | Ending GL Balance (D - E - F- G)             | $   -          | $   -  | $   -       | $   -       |

Note 1: To the extent funds may be required to cover disbursements and bank fees, the Plan Adminstrator will provide such funds

FKA FC, LLC
Schedule of Disbursements
Period Ending July 2016

| Month Disbursed | Amount | Paid To | Description |
| --- | --- | --- | --- |
| July | $ 100,000.00 | Class 7 Creditors | Payment pursuant to Plan |
| Total | $ 100,000.00 | | |